# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 15, 2022

## NO. 03-22-00190-CV

**R. J. and A. D. M., Appellants**

**v.**

**Texas Department of Family and Protective Services, Appellee**

**APPEAL FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES GOODWIN, BAKER, AND KELLY
AFFIRMED ON MOTION FOR REHEARING -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the final decree signed by the trial court on April 6, 2022. The Court's opinion and judgment dated August 11, 2022 are withdrawn. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's final decree. Therefore, the Court affirms the trial court's final decree. Because appellants are indigent and unable to pay costs, no adjudication of costs is made.